UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 21-24115-CIV-GRAHAM

GERMAN SOLIS, Individually and
on Behalf of All Others Similarly Situated,

    Plaintiff

vs.

BLISTEX, INC.,

    Defendant.

_____/

**ORDER DISMISSING CASE**

**THIS CAUSE** came before the Court on Plaintiff's Notice of Voluntary Dismissal with Prejudice [ECF No. 36]. Based thereon, it is hereby

**ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice**, with each party to bear their own fees and costs. It is further

**ORDERED AND ADJUDGED** that this case is **CLOSED** and any pending motions are **DENIED as moot**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 15th day of March, 2022.

                                                s/Donald L. Graham
                                                DONALD L. GRAHAM
                                                UNITED STATES DISTRICT JUDGE